

RECEIVED

FEB 2 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

SCANNED
FEB 2 6 2026 *
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. **26-cv-1663-KMM/DJF**
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES☐       NO☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff   *Michelle Fogarty*
    Name

    Street Address  *General Delivery, St. Paul, MN 55102*

    County, City  *Ramsey, St. Paul (All mail in fact*

    State & Zip Code  *MN 55102*  *stolen by Sarah Murray, William Finney in St. Paul &*

    Telephone Number  *(952) 820-5764*  *mpls mn, Deliv) General Finney*

    *(Hacked by William Finney*
    *Sarah Murray mass tax payer*
    *dollars Embezzlers.*

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1    Sarah murray – Grant Also lives in maryland
    William Finney
Name    Anna fogarty
    Alicia Biewen
Street Address  various Addresses – now owns
    568 Lexington Parkway w. St Paul, mw after
County, City   illegal, committed along crimes
Ramsey, st    evicting me from this address
State & Zip Code  Paul
    mw. ~~55401~~ 55104

b.  Defendant No. 2

Name  Theresa murray – Also lives in maryland
Street Address  Same. 568 Lexington Pkwy w. St
    Paul, mw 55104
County, City  Ramsey, St. Paul, mw
State & Zip Code

c.  Defendant No. 3  Erin murray stuart, Ben Stuart
    Also from maryland, then Houston, TX
Name
Street Address  568 Lexington Pkwy w.
County, City  St. Paul, mw 55104
State & Zip Code  mw 55104

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question        ☑ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                    State of Citizenship: Maryland reside in mw stalking me presently

    Defendant No. 1: Theresa é Sarah murray      State of Citizenship: presently

    Defendant No. 2: Erin Murray Stuart      State of Citizenship: maryland, Houston stalking me in mw presently

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**

    **Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☐ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

    ☑ Other: explain
    Settled claims on their crimes agst me including suing county, state entities in an ongoing congame mass embezzling tax dollars - (NCMC - DMV é library system plus about 300 othu cau suits

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. Also see attached I.D. Theft Afidavit as well. Who has been murdered now as well. With corruption from the Justice Dept Seeh; Tavola (or Tevola) William Finney Sarah Murray - paid their pimps & Security officers millions now, settled claims on their crimes against me, michelle fogarty. Mass embezzling from an acct in my name (where this money was hoarded) through my U.S Bank acct Also stealing my social security checks, trust fund, rent rebate checks, all past stimulus checks via william finney & his payoff to prepare & proper had his Black pemal give me sheriff history info in sadism

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

as well, at prepone, & prosper for low income individuals tax

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking I am left penniless homeless as such preparation for the multiple broken bones murray on university (my pubic bone, two lower ave. St. Paul broken vertebrae, crushed L heel, mn Ankle, the mass nuclear medicine poisoning damaging severely my lower legs, the public lies & smear campaigns for their law suits using my niece Sarah murray (whom I, michelle Fogarty have never known) to then scream outrage & sue unsuspecting entities - 56uys Burger T mobile on nicollet etc. ex.

Signed this *26* day of *Feb 2026*

Signature of Plaintiff *Michelle R. Fogarty*

Mailing Address

*General Delivery,*
*St. Paul, MN 55102*

Telephone Number

*952-820-5764*
*Hacked - calls blocked - now*
*hacked death*
Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and *threats*
provide his/her mailing address and telephone number.  Attach additional sheets of paper as
necessary. *Feb. 26-26*
*as well*

5